COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-18-00639-CV

Style:  Loruhamah Dickey v. Harris County, City of Houston, Houston
Community College System, Houston Independent School District

Date motions filed*:  January 11, 2019

Type of motion:  Motion for Extension of Time to Supplement Record for Brief

Party filing motion:  Pro Se Appellant Loruhamah Dickey

Document to be filed:  Appellant's brief

Is appeal accelerated?  No

If motion to extend time:

  Original due date:  January 11, 2019

  Number of extensions granted:  0  Current Date: January 11, 2019

  Date Requested:  N/A

Ordered that motions are:

  ☑ Granted

    ☒ If document is to be filed, document is: February 11, 2019.

  ☐ Denied

  ☐ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

  ☑ Other: _____

    Appellant's pro se motion for an extension of time to supplement the record, construed
    as an extension request to file appellant's brief, is **granted until February 11, 2019.**
    Appellant is notified that the records are complete and that, if he seeks to supplement
    the record, he must file a written request with the district clerk and he should put an
    uncertified copy of the document in the appendix attached to his brief, with a notation
    that the certified copy has been requested.  *See* TEX. R. APP. P. 34.5(c)(1).

Judge's signature: ____/s/ Evelyn V. Keyes_____

          x  Acting individually      ☐  Acting for the Court

Date: __January 24, 2019_____